'O'    JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON W. RACKLIFFE, | Case No. CV 15-05096-CAS (DTB) |
| Petitioner, | |
| vs. | ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |
| JOE A. LIZARRAGA, Warden, | |
| Respondent. | |

Petitioner, a California state prisoner currently incarcerated at Mule Creek State Prison in Ione, California, filed a counseled Petition for Writ of Habeas Corpus by a Person in State Custody herein on July 6, 2015.

The Petition purports to be directed to the legality of petitioner's 2011 conviction sustained in Fresno County Superior Court. (Petition at 2.)

Where a petition for writ of habeas corpus is filed by a person in custody under the judgment and sentence of a State court of a State such as California which contains two or more Federal judicial districts, it may be filed in either the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. See 28 U.S.C. § 2241(d).

When a habeas petition is directed to the petitioner's underlying conviction or sentence, the district court for the district in which the petitioner was convicted and

sentenced is a more convenient forum because of the accessibility of evidence, records and witnesses. Thus, it generally is the practice of the district courts in California to transfer habeas actions questioning state convictions/sentences to the district in which the petitioner was convicted and sentenced. See Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Petitioner was convicted and sentenced in Fresno County, which is within the jurisdictional boundaries of the Eastern District of California. See 28 U.S.C. § 84(b). Accordingly, the Petition was not properly filed in the Central District of California.

Therefore, pursuant to 28 U.S.C. §§ 1404(a) and 2241(d), and in furtherance of the interest of justice,

IT IS ORDERED that the Clerk of this Court transfer this matter to the United States District Court for the Eastern District of California.

IT IS FURTHER ORDERED that the Clerk of this Court serve a copy of this Order upon petitioner and upon the California Attorney General.

DATED:    July 24, 2015

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

David T. Bristow
United States Magistrate Judge